

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-5-2012

# Kacee Chandler v. Commissioner Social Security

Precedential or Non-Precedential: Precedential

Docket No. 11-2220

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Kacee Chandler v. Commissioner Social Security" (2012). *2012 Decisions*. Paper 1489.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1489

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 19, 2011

No. 11-2220

KACEE LEE CHANDLER

v.

COMMISSIONER SOCIAL SECURITY,

Appellant

(Agency No. 10-cv-01047)

Present: HARDIMAN, BARRY and VANANTWERPEN, <u>Circuit Judges</u>

   1. Motion by Appellant Commissioner Social Security to Publish 12/7/11 Opinion.


                              Respectfully,
                              Clerk/tmk

_____ORDER_____
The foregoing Motion is GRANTED.


                              By the Court,

                              /s/ Thomas M. Hardiman
                              Circuit Judge

Dated:   January 5, 2012
tmk/cc:  Leonard Schaitman, Esq.
        Wesley P. Page, Esq.
        William Kanter, Esq.
         Robert D. Kamenshine, Esq.
         Shawn P. McLaughlin, Esq.